# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–22206–bam</u>
Chapter 7

In re: (Name of Debtor)
    STEVEN LEROY AYRES
    1505 MENDOTA DRIVE
    BOULDER CITY, NV 89005

### ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

BRIAN D. SHAPIRO, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 10/6/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court